IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOAN ASBURY AND RUSSELL ASBURY,

    Plaintiffs,

vs.                                                                             CIV 12-0252 KG/RHS

MNT, INC., AND DEAN SATEREN,

    Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, FEBRUARY 18, 2014 at 2:00 PM**. Counsel shall call my meet-me conference line at 505-348-2354 to be joined to the proceedings.

_____
UNITED STATES DISTRICT JUDGE