IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOAN ASBURY and RUSSELL ASBURY,

    Plaintiffs,

vs.                                                    No. CIV-12-00252 KG/RHS

MNT, INC. and DEAN SATEREN

    Defendants.

## ORDER

This matter comes before the Court *sua sponte*. On November 10, 2014, the Court held a Pretrial Conference in this case. Present at the hearing were Paul D. Barber and Mark D. Jarner, counsel for Plaintiffs, P. Scott Eaton and Darius Jackson, counsel for Defendants. Pursuant to the Court's orders on the record,

IT IS, THEREFORE, ORDERED that

    1. Telephonic Pretrial Conference is set for December 18, 2014, at 10:00 a.m. in Las Cruces;

    2. Exhibit lists, witness lists, Motions in *Limine*, *Daubert* Motions, jury instructions, and a joint statement of the case are due by December 23, 2014;

    3. Objections to jury instructions are due by December 26, 2014;

    4. Objections to items in exhibit lists and witness lists are due by January 2, 2015;

    5. Responses to Motions in *Limine* and *Daubert* Motions are due by January 2, 2015. Reply motions are not permitted;

    6. Deposition testimony designations are due by January 2, 2015;

    7. Voir Dire questions are due January 5, 2015;

    8. Objections to use of deposition testimony are due by January 7, 2015;

9.  Final Pretrial Conference is set for January 9, 2015, at 10:00 a.m. in Albuquerque, New Mexico – 320 Rio Grande Courtroom; and

10.  The Jury Trial is set for January 12, 2015, at 8:30 a.m. in Las Cruces, New Mexico – 420 Mimbres Courtroom (North Tower).

_____
UNITED STATES DISTRICT JUDGE