IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOAN ASBURY and RUSSELL ASBURY,

    Plaintiffs,

                                        CIV 1:12-CV-00252 KG/SMV

v.

MNT, INC and DEAN SATEREN,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the joint motion of Plaintiffs and Defendants for an Order dismissing the Plaintiffs' Complaint (Doc. 1) with prejudice, and the Court having reviewed the pleadings and being otherwise fully advised in the premises;

FINDS, that the Plaintiffs and the Defendants have represented that all matters in controversy have been fully resolved to the satisfaction of the parties;

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiffs' Complaint and all causes of action stated therein or which could have been stated therein against Defendants be and are hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

EATON LAW OFFICE, P.C.

By  -*Electronically signed by P. Scott Eaton-*
      P. SCOTT EATON
      Attorneys for Defendants


BARBER & BOURG, LLC

By *–Approved by email 1/05/2015          -*
      PAUL D. BARBER
      Attorneys for Plaintiffs


JARNER LAW OFFICE

By By *–Approved for by co-counsel 1/05/2015   -*
      MARK D. JARNER
      Attorneys for Plaintiffs